# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 812 |
| | : | |
| REAPPOINTMENTS TO THE | : | SUPREME COURT RULES DOCKET |
| CONTINUING LEGAL EDUCATION | : | |
| BOARD | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 13th day of November, 2019, Dusty Elias Kirk, Esquire, Allegheny County, Jason E. Matzus, Esquire, Allegheny County, and Jay N. Silberblatt, Esquire, Allegheny County, are hereby reappointed as members of the Continuing Legal Education Board for a term of three years, commencing January 1, 2020.